AO86A (Rev. 4/91) Consent to Proceed—Misdemeanor

E-FILED
Wednesday, 15 November, 2006 10:35:04 AM
Clerk, U.S. District Court, ILCD

FILED
NOV 14 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

# UNITED STATES DISTRICT COURT

DISTRICT OF

UNITED STATES OF AMERICA
V.

Penny Suddith

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE
IN A MISDEMEANOR CASE

Case Number: 06-10092

The United States magistrate judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate judge has informed me of my right to the assistance of legal counsel. The magistrate judge has informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate judge.

**I HEREBY: Waive (give up) my right to trial, judgment, and sentencing before a United States district judge, and I consent to trial, judgment and sentencing before a United States magistrate judge.**

X ____s/ Defendant_____
Defendant

---

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate judge has advised me of my right to trial by jury.

**I HEREBY: Waive (give up) my right to trial by jury.**   s/ Defendant

Consented to by United States   s/ U.S. Attorney
Signature

AUSA
Name and Title

---

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate judge has also advised me of my right to have at least thirty days to prepare for trial before the magistrate judge.

**I HEREBY: Waive (give up) my right to have at least thirty days to prepare for trial.**

s/ Defendant
Defendant

s/ Federal Public Defender
Defendant's Attorney (if any)

Approved s/John A. Gorman
U.S. Magistrate Judge

11/14/2006
Date