E-FILED
Wednesday, 15 November, 2006  10:36:10 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

PEORIA DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CRIMINAL NO. 06-10092 |
| PENNY SUDDITH, | ) |
| Defendant. | ) |

## INFORMATION

The United States Attorney charges:

Beginning in or about April 1997 and continuing to in or about January 2004, at Peoria, in the Central District of Illinois and elsewhere,

PENNY SUDDITH,

defendant herein, while serving as secretary-treasurer of Peoria Typographical Union Local #29/Communication Workers of America Local Union #14426, a labor organization as defined in Section 3(i) and (j) of the Labor-Management Reporting and Disclosure Act of 1959 ("Act"), as amended, did make a false statement and representation of a material fact in reports and information required under the provisions of the Act, in that she knowingly falsified account

1

balances and misstated the true purpose for the issuance of certain checks, thereby concealing the embezzlement and misapplication of funds of the union;

In violation of Title 29, United States Code, Section 439(b).

        UNITED STATES OF AMERICA

        RODGER A. HEATON
        UNITED STATES ATTORNEY

        s/ U.S. Attorney
        Darilynn J. Knauss
        Assistant United States Attorney
        211 Fulton Street, Suite 400
        Peoria, Illinois 61602
        Telephone: 309/671-7050